**UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Allegheny-Apple Productions, LLC  ) | | Case No. 17-70498-JAD |
| ) | | |
| Debtor. ) | | Chapter 11 |
| ) | | |
| Allegheny-Apple Productions, LLC., ) | | Document No. |
| ) | | |
| Movant, ) | | Related to Document No. |
| ) | | |
| v. ) | | |
| ) | | **Hearing Date and Time:** |
| No Respondent, ) | | Thursday, September 7, 2017 at 10:00 a.m. |
| ) | | |
| Respondent. ) | | |

### NOTICE OF HEARING WITH RESPONSIVE DEADLINE ON DEBTOR'S APPLICATION TO EMPLOY WILLIS & ASSOCIATES. AS COUNSEL FOR DEBTOR

TO THE RESPONDENT(S):

You are hereby notified that the above Movant(s) seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than August 28, 2017, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.
A hearing will be held on  Thursday, September 7, 2017 at 10:00 a.m before CHIEF JUDGE JEFFERY A. DELLER in Bankruptcy Courtroom, U.S. Courthouse, Courtroom B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, PA 15901. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: August 11, 2017                                                   Respectfully Submitted,

                                                                        BY: /s/ Lawrence Willis Esq
                                                                        Lawrence W. Willis
                                                                        PA 85299
                                                                        Willis & Associates
                                                                        201 Penn Center Blvd
                                                                        Suite 400
                                                                        Pittsburgh, PA 15235
                                                                        412-825-5170
                                                                        Email: help@urfreshstrt.com