IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-70498-JAD |
| Allegheny-Apple Productions LLC | : | Chapter 11 |
| Debtor | : | |
| | : | Related to Document No. 7 |
| Allegheny-Apple Productions LLC | : | |
| Movant | : | |
| vs. | : | **DEFAULT O/E JAD** |
| No Respondent, | : | |

## ORDER

AND NOW, on this **22nd** day of **August**, 2017, upon consideration of the Motion of the above reference Debtor(s), praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor(s) to file its Chapter 11 Petition, Schedules, and Pay Advices be hereby extended to and including ~~July 24, 2017~~ **9-23-2017**.

BY THE COURT:

_____
Hon. Jeffery A. Deller
United States Bankruptcy Judge

FILED
8/23/17 9:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Allegheny-Apple Productions, LLC  
    Debtor

Case No. 17-70498-JAD  
Chapter 11

## CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: ddoy | Page 1 of 1 | Date Rcvd: Aug 23, 2017 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2017.
db              +Allegheny-Apple Productions, LLC,    3192 Main Road,    Bedford, PA 15522-3901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2017 at the address(es) listed below:
      Anthony T. Kovalchick    on behalf of Creditor   Dep't of Revenue    Office of Attorney General
       akovalchick@attorneygeneral.gov
      James   Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      Larry E. Wahlquist    on behalf of U.S. Trustee   Office of the United States Trustee
       larry.e.wahlquist@usdoj.gov
      Lawrence W. Willis    on behalf of Debtor    Allegheny-Apple Productions, LLC help@urfreshstrt.com,
       urfreshstrt@gmail.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                                                TOTAL: 5