**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **Case No. 17-70498-JAD** |
| | : | |
| **Allegheny-Apple Productions LLC** | : | **Chapter 11** |
| | : | |
| **Debtor** | : | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | | |
|---|---|---|
| **Allegheny-Apple Productions LLC** | : | |
| | : | |
| **Movant** | : | **Related to Docket No. 15** |
| | : | |
| **vs.** | : | **Hearing Date & Time:** |
| | : | **September 7, 2017 at 10:00 AM** |
| | : | |
| **No Respondent** | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE APPLICATION TO EMPLOY WILLIS & ASSOCIATES FILED AT DOCKET NO. 15

 The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ Willis & Associates filed on August 16, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 28, 2017.

 It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>August 29, 2017</u>

By: <u>/s/ Lawrence Willis Esquire</u>
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.825.5170
Fax: 412.823.2375
lawrencew@urfreshstrt.com
Attorney for Debtors