## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                          :

ALLEGHENY-APPLE PRODUCTIONS, LLC,               :        Bankruptcy No.        **17-70498JAD**
                                                :
                    Debtor(s).                  :        Chapter 11
                                                :
********************************************** X

### ORDER

     **AND NOW,** this **29th** day of **August, 2017,  IT IS HEREBY ORDERED THAT** ALL documents required to complete the bankruptcy filing are to be filed with the Clerk of the U.S. Bankruptcy Court on or before **September 12, 2017.**

                                                 sjk

                       **JEFFERY A. DELLER**
                       U.S. Bankruptcy Judge

**CASE ADMINISTRATOR TO MAIL:**

cc:     **Debtor**
        **Debtor's Counsel**
        **Office of the U.S. Trustee**

FILED
8/29/17 10:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00020816

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-70498-JAD
Allegheny-Apple Productions, LLC                                          Chapter 11
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0315-7            User: ddoy            Page 1 of 1            Date Rcvd: Aug 29, 2017
                               Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2017.
db             +Allegheny-Apple Productions, LLC,    3192 Main Road,    Bedford, PA 15522-3901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                          Signature:  /s/Joseph Speetjens

_____

                    **CM/ECF NOTICE OF ELECTRONIC FILING**


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2017 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue  Office of Attorney General
               akovalchick@attorneygeneral.gov
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Lawrence W. Willis    on behalf of Debtor    Allegheny-Apple Productions, LLC help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                    TOTAL: 5