# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Allegheny-Apple Productions, LLC ) | | Case No. 17-70498-JAD |
| ) | | |
| Debtor. ) | | Chapter 11 |
| ) | | **DEFAULT O/E JAD** |
| Allegheny-Apple Productions, LLC., ) | | Document No. |
| ) | | |
| Movant, ) | | Related to Document No.  15 |
| ) | | |
| v. ) | | |
| ) | | **Hearing Date and Time:** |
| No Respondent, ) | | Thursday, September 7, 2017 at 10:00 a.m. |
| ) | | |
| Respondent. ) | | |

## ORDER APPROVING COUNSEL FOR DEBTOR

**AND NOW**, this  31st day of   August   , 2017 , upon consideration of the *Application to Employ and Retain Willis & Associates  as Debtor's Counsel*, filed at Document No. 15, it is hereby ORDERED, ADJUDGED and DECREED as follows:

(1) Willis & Associates, 201 Penn Center Blvd Suite 470, Pittsburgh PA 15235, is hereby appointed as Attorney(s) for the Debtor in this bankruptcy proceeding for the reasons set forth in the Application.

(2) Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and abilities of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the clients, and, awards in similar cases.

*(3)* Approval of any motion for appointment of counsel in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates, and is not a preapproval of compensation pursuant to *11 U.S.C. §328(a)*. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates based on application of the above-mentioned factors in granting approval by Court Order. *Any retainer paid to the Attorney is unaffected by this Order and remains property of the Estate until further order of Court.*

(4)  Notwithstanding anything to the contrary in the letter of engagement or
agreement between Movants and the Attorney, this *Order* does not authorize the Attorney to retain or pay any outside counsel or other professional to assist Attorney in this matter unless such is done at no expense to Movants, directly or indirectly. Any other retention of, and payment to, an outside counsel or other professional is subject to prior approval of the Court.

**(5) Applicant shall serve this Order on all interested parties and file a certificate of service.**

FILED
8/31/17 1:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

sjk

UNITED STATES BANKRUTPCY JUDGE
Jeffery A. Deller

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-70498-JAD
Allegheny-Apple Productions, LLC                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7    User: ddoy    Page 1 of 1    Date Rcvd: Sep 01, 2017
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2017.
db             +Allegheny-Apple Productions, LLC,    3192 Main Road,    Bedford, PA 15522-3901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2017 at the address(es) listed below:
      Anthony T. Kovalchick    on behalf of Creditor    Dep't of Revenue    Office of Attorney General akovalchick@attorneygeneral.gov
      James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov
      Lawrence W. Willis    on behalf of Debtor    Allegheny-Apple Productions, LLC help@urfreshstrt.com, urfreshstrt@gmail.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                                              TOTAL: 5