# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Case No. 17-70498-JAD** |
| | : | |
| **Allegheny-Apple Productions LLC** | : | **Chapter 11** |
| | : | |
| **Debtor** | : | |

*********************************************************

| | | |
|---|---|---|
| **Allegheny-Apple Productions LLC** | : | |
| | : | |
| **Movant** | : | **Related to Docket No. 26** |
| | : | |
| vs. | : | **Hearing Date & Time:** |
| | : | |
| | : | |
| **No Respondent** | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated August 31, 2017* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

| | |
|---|---|
| Dated September 4, 2017 | Executed by: /s/ Lawrence W. Willis |
| | Lawrence W. Willis, Esquire |
| | Willis & Associates |
| | 201 Penn Center Blvd |
| | Pittsburgh, PA 15235 |
| | Tel: 412.825.5170 |
| | Fax: 412.823.2375 |

MATRIX

Dean & Christine Pope
260 Mohawk Drive
McKeesport, PA 15135

Bedford County Tax Claims Bureau
200 South Juliana Street
Bedford, PA 15522

Internal Revenue Service
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101

James & Barbara Casteel
826 Barclay Drive
Bedford, PA 15522

PA Department Of Revenue
Bankruptcy Division
PO Box 788
Harrisburg, PA 17128

Penelec
PO Box 3687
Akron, OH 44309

William H Snyder Jr Esq
239 South Richard St
Bedford, PA 15522