## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Allegheny-Apple Productions, LLC ) | Case No. 17-70498-JAD |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| Allegheny-Apple Productions, LLC., ) | Document No. |
| ) | |
| Movant, ) | Related to Document No. |
| ) | |
| v. ) | |
| ) | **Hearing Date and Time:** |
| No Respondent, ) | |
| ) | |
| Respondent. ) | |

### VERIFICATION REGARDING PROOF OF INCOME

I, Howard Weightman Cedar, hereby state as follows:

1. That Dewitt Tax Service Inc where the accountants for the business.

2. As the business was a closely held LLC no balance sheets, statement of operations, and cash-flow statements where prepared.

3. I have filed income tax returns for the years 2012–2015.

4. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: September 12, 2017      /s/ Howard Weightman
                              President