IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                          :
                                                :
ALLEGHENY APPLE -PRODUCTIONS, LLC,              :    Bankruptcy No.    17-70498JAD
                                                :
                                                :    Chapter 11
         Debtor(s).                             :
                                                :

### ORDER

AND NOW, this **14th** day of **September, 2017,** IT IS HEREBY ORDERED THAT the debtor shall file the declaration of electronic filing required to completed the petition on or before **September 28, 2017.**

It is further ordered that failure to file the required document on or before September 28, 2017, will result in the dismissal of case without further notice or hearing.

JEFFERY A. DELLER jsf
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR TO MAIL:

Debtor
Lawrence W. Willis, Esq.
Office of the U.S. Trustee

FILED
9/14/17 2:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00019088

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-70498-JAD
Allegheny-Apple Productions, LLC                                          Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7         User: mgut              Page 1 of 1            Date Rcvd: Sep 15, 2017
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2017.
db             +Allegheny-Apple Productions, LLC,   3192 Main Road,   Bedford, PA 15522-3901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2017 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue    Office of Attorney General
               akovalchick@attorneygeneral.gov
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Kevin J. Petak    on behalf of Creditor Barbara A. Casteel kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kevin J. Petak    on behalf of Creditor James R Casteel kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Lawrence W. Willis    on behalf of Debtor    Allegheny-Apple Productions, LLC help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 7