IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Case No. 17-70498-JAD** |
| | : | |
| **Allegheny-Apple Productions, LLC,** | : | **Chapter 11** |
| | : | |
| **Debtor** | : | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | | |
|---|---|---|
| **James R. Casteel and** | : | |
| **Barbara A. Casteel,** | : | |
| | : | |
| **Movants** | : | **Doc. No. 44** |
| | : | **Related to Doc. Nos. 42 & 43** |
| **v.** | : | |
| | : | **Hearing Date & Time:** |
| **Allegheny-Apple Productions, LLC,** | : | **November 17, 2017 at 10:00 A.M.** |
| | : | |
| **Respondent** | : | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**CERTIFICATE OF SERVICE OF THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR IN THE ALTERNATIVE REQUEST FOR ADEQUATE PROTECTION ALONG WITH THE NOTICE OF HEARING AND RESPONSE DEADLINE**

   I certify under the penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 12, 2017.

   The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>First Class mail and electronic notification</u>.

   If more than one method of service was employed, this certificate groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

<u>Service via First Class Mail</u>:

Allegheny-Apple Productions, LLC; c/o Howard Weightman, President, 3192 Main Street, Bedford, PA 15522.

<u>Service via Electronic Notification</u>:

Allegheny-Apple Productions, LLC; c/o Lawrence W. Willis, Esquire, [help@urfreshstrt.com](help@urfreshstrt.com); and

Office of the United States Trustee, c/o Larry E. Wahlquist, Esquire –
larry.e.wahlquist@usdoj.gov.

EXECUTED ON:

    October 12, 2017           By:    */s/ Kevin J. Petak*,
                                                Kevin J. Petak, Esquire
                                                Spence, Custer, Saylor, Wolfe & Rose, LLC
                                                1067 Menoher Boulevard
                                                Johnstown, PA 15905
                                                Tel:  814.536.0735
                                                Fax; 814.539.1423
                                                Email: kpetak@spencecuster.com
                                                PA I.D. # 92154