# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-70498-JAD |
| | : | |
| **Allegheny-Apple Productions LLC,** | : | Chapter 11 |
| | : | |
| Debtor | : | |
| | : | Related to Document No. 48, 49 |
| **Allegheny-Apple Productions LLC,** | : | |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **No Respondent,** | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated October 31, 2017 (Order Setting Hearing on Motion to Extend Time), and the Motion to Extend Time to File Chapter 11 Plan* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated November 1, 2017          Executed by:  /s/ Lawrence W. Willis
                                                                        Lawrence W. Willis, Esquire
                                                                        Willis & Associates
                                                                        201 Penn Center Blvd
                                                                        Pittsburgh, PA 15235
                                                                        Tel: 412.825.5170
                                                                        Fax: 412.823.2375

MATRIX

Allegheny-Apple Productions, LLC
3192 Main Road
Bedford, PA 15522

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Attn: Larry Wahlquist

Bedford County Tax Claims Bureau
200 South Juliana Street
Bedford, PA 15522

Internal Revenue Service
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101

James & Barbara Casteel
826 Barclay Drive
Bedford, PA 15522

PA Department Of Revenue
Bankruptcy Division
PO Box 788
Harrisburg, PA 17128

Penelec
PO Box 3687
Akron, OH 44309

William H Snyder Jr Esq
239 South Richard St
Bedford, PA 15522