

**U.S. Department of Justice**

Office of the United States Trustee

*Western District of Pennsylvania*

---

*1001 Liberty Avenue, Room 970*           *(412) 644-4756*
*Pittsburgh, PA   15222*                  *fax (412) 644-4785*


# MINUTES OF §341 MEETING OF CREDITORS
# <u>CHAPTER 11</u>

IN RE:

Allegheny-Apple Productions, LLC                    CASE NO. 17-70498-JAD

DEBTOR-IN-POSSESSION

The §341(a) Meeting of Creditors was **not convened** on November 17, 2017 and will be rescheduled.   Debtor did not appear.


ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Region 3


By: /s/ Larry Wahlquist
       Larry Wahlquist
       Trial Attorney
       Presiding Officer
       Larry.E.Wahlquist@usdoj.gov


Date: November 20, 2017