UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** ALLEGHENY-APPLE PRODUCTIONS, LLC
**Case Number:** 17-70498-JAD       **Chapter:** 11

**Date / Time / Room:** FRIDAY, NOVEMBER 17, 2017 10:00 AM   COURTROOM B

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** JEFF FURIS
**Reporter / ECR:** N/A

## Matter:

Motion For Relief From The Automatic Stay or in the Alternative Request For Adequate Protection filed by James R. Casteel and Barbara A. Casteel
- Response Filed by Debtor on 10/27/17 at Doc. # 47
R / M #: 42 / 0

## Appearances:

OFFICE OF THE U.S. TRUSTEE:  HILDENBRAND / WAHLQUIST
DEBTOR(S): Lawrence W. Willis, Esq.
CREDITOR: Kevin J. Petak, Esq.
UCC:

## Proceedings:

____ Motion is GRANTED / DENIED    M o t.
____ Special Type Of Order:
____ CONTINUE MATTER:
    ____ For At Least ____ Days (Court To Issue Scheduling Order)
    ____ To Hearing Date Of _____ at ____ AM/PM at _____
    ____ To Conciliation Conference For _____ at _____ AM/PM at _____
____ ISSUE EVIDENTIARY HEARING NOTICE
    ____ Evidentiary Hearing On Value And Cram-Down Interest
    ____ Complex / Pretrial Order - NONJURY / JURY
    ____ Simple / Pretrial Order - NONJURY / JURY
    ____ Parties To Undertake Discovery - Discovery Period: ____ days
____ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER: Dismiss case without prejudice.

FILED
11/20/17 11:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge