## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 17-70498-JAD |
| | : | |
| Allegheny-Apple Productions, LLC, | : | Chapter 11 |
| | : | |
| Debtor | : | |

************************************************************************

| | | |
|---|---|---|
| James R. Casteel and | : | |
| Barbara A. Casteel, | : | |
| | : | |
| Movants | : | Doc. No. __42__ |
| | : | Related to Doc. No. ____ |
| v. | : | |
| | : | Hearing Date & Time: |
| Allegheny-Apple Productions, LLC, | : | November 17, 2017 at 10:00 A.M. |
| | : | |
| Respondent | : | |

************************************************************************

## ORDER OF COURT

NOW, this ___17th___ day of ___November___, 2017, upon consideration of the
Motion for Relief from the Automatic Stay or in the Alternative Request for Adequate
Protection, responses filed and hearing held, it is hereby ORDERED, ADJUDGED and
DECREED as follows:

1. Relief from the Automatic Stay is granted as it relates to the real property located at
   154 North Richard Street, Bedford, PA 15222.

2. The Movants are permitted to pursue any and all remedies available to them in
   accordance with the Note and Mortgage, including but not limited to proceeding with
   the state court mortgage foreclosure action filed in the Court of Common Pleas of
   Bedford County, Pennsylvania at Number 347 of 2016.

3. An Order shall be entered that dismisses this case without prejudice.

BY THE COURT:

_____
Jeffery A. Deller, Chief Judge
United States Bankruptcy Court

FILED
11/20/17 11:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 17-70498-JAD
Allegheny-Apple Productions, LLC                                                    Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: gamr              Page 1 of 1              Date Rcvd: Nov 20, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2017.
db              +Allegheny-Apple Productions, LLC,    3192 Main Road,    Bedford, PA 15522-3901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2017 at the address(es) listed below:
          Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue  Office of Attorney General
           akovalchick@attorneygeneral.gov
          James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Kevin J. Petak    on behalf of Creditor Barbara A. Casteel kpetak@spencecuster.com,
           mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.co
           m
          Kevin J. Petak    on behalf of Creditor James R Casteel kpetak@spencecuster.com,
           mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.co
           m
          Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
           larry.e.wahlquist@usdoj.gov
          Lawrence W. Willis    on behalf of Debtor    Allegheny-Apple Productions, LLC help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                         TOTAL: 7