IN THE UNITED STATES BANKRUPTCY COURT          N
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| ALLEGHENY-APPLE PRODUCTIONS, LLC | : | Bankruptcy No. <u>17-70498-JAD</u> |
|---|---|---|
| | : | |
| | : | |
| | : | Issued Per The 11/17/2017 |
| | : | Proceeding |
| | : | |
| Debtor(s) | : | Chapter 11 |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

**AND NOW,** this **20th** day of **November, 2017, IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor(s) remain legally liable for all of his/her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

_____ jsf
JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
11/20/17 11:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cm: **All Creditors And All Parties In Interest**

00019709

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-70498-JAD
Allegheny-Apple Productions, LLC                                          Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: gamr               Page 1 of 1            Date Rcvd: Nov 20, 2017
                              Form ID: pdf900          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2017.
db         +Allegheny-Apple Productions, LLC,    3192 Main Road,    Bedford, PA 15522-3901
cr         +Barbara A. Casteel,    826 Barclay Drive,    Bedford, PA 15522-2013
cr         +Dep't of Revenue Office of Attorney General,    Anthony T. Kovalchick,    564 Forbes Avenue,
             Manor Building,    Pittsburgh, PA 15219-2908
cr         +James R Casteel,    826 Barclay Drive,    Bedford, PA 15522-2013
14652773   +Bedford County Tax Claims Bureau,    200 South Juliana Street,    Bedford, PA 15522-1713
14652775   +James & Barbara Casteel,    826 Barclay Drive,    Bedford, PA 15522-2013
14652776   +PA Department Of Revenue,    Bankruptcy Division,    PO Box 788,   Harrisburg, PA 17108-0788
14652777   +Penelec,   PO Box 3687,    Akron, OH 44309-3687
14652778   +William H Snyder Jr Esq,    239 South Richard St,    Bedford, PA 15522-1742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14652774    +E-mail/Text: cio.bncmail@irs.gov Nov 21 2017 01:22:38    Internal Revenue Service,
             Insolvency Unit,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                NATIONSTAR MORTGAGE LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2017 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              James Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Kevin J. Petak    on behalf of Creditor Barbara A. Casteel kpetak@spencecuster.com,
               mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.co
               m
              Kevin J. Petak    on behalf of Creditor James R Casteel kpetak@spencecuster.com,
               mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.co
               m
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Lawrence W. Willis    on behalf of Debtor    Allegheny-Apple Productions, LLC help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                              TOTAL: 7