# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-70498-JAD |
| **Allegheny-Apple Productions LLC** | : | Chapter 11 |
| Debtor | : | |
| | : | Related to Document No. 63, 57 |
| **Allegheny-Apple Productions LLC** | : | |
| Movant | : | |
| vs. | : | |
| **No Respondent,** | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I served the Order Dated December 6, 2017 and the *Motion to Reconsider Dismissal of Case, Proposed Order of Court and Attached Exhibit* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated December 7, 2017        By:    /s/ Lawrence W. Willis, Esquire
                                                            Lawrence W. Willis, Esquire
                                                            PA I.D. # 85299
                                                            Willis & Associates
                                                           201 Penn Center Boulevard
                                                           Pittsburgh, PA 15235
                                                           Tel: 412.825.5170
                                                           Fax: 412.823.2375
                                                           Lawrencew@urfreshstrt.com

MATRIX

Allegheny Apple Productions
3192 Main Road
Bedford, PA 15522

Office of the United States
Trustee
Liberty Center
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222

Larry E. Wahlquist
U.S. Trustee Program
Dept. of Justice
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222


Bedford County Tax Claims Bureau
200 South Juliana Street
Bedford, PA 15522-1713

Internal Revenue Service
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

James & Barbara Casteel
826 Barclay Drive
Bedford, PA 15522-2013

PA Department Of Revenue
Bankruptcy Division
PO Box 788
Harrisburg, PA 17108-0788

Penelec
PO Box 3687
Akron, OH 44309-3687

William H Snyder Jr Esq
239 South Richard St
Bedford, PA 15522-1742

Barbara A. Casteel
826 Barclay Drive
Bedford, PA 15522-2013

Dep't of Revenue Office of
Attorney Gen
Anthony T. Kovalchick
564 Forbes Avenue
Manor Building
Pittsburgh, PA 15219-2908

James R Casteel
826 Barclay Drive
Bedford, PA 15522-2013