## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Case No. 17-70498-JAD** |
| | : | |
| **Allegheny-Apple Productions, LLC** | : | |
| | : | **Chapter 11** |
| Debtor | : | |

*************************************************************************

| | | |
|---|---|---|
| **Allegheny-Apple Productions, LLC,** | : | |
| | : | |
| Movant | : | Doc. No. |
| | : | Related to Doc. No. 65 |
| | : | |
| v. | : | Hearing Date & Time: |
| | : | **January 12, 2018 at 10:00 a.m.** |
| **No Respondents** | : | |

*************************************************************************

### CERTIFICATE OF SERVICE OF THE RESPONSE TO THE MOTION TO RECONSIDER DISMISSAL OF CASE

I certify under the penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 2, 2018.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class mail and electronic notification.

If more than one method of service was employed, this certificate groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Service via First Class Mail:

Allegheny-Apple Productions, Inc.
c/o Howard E. Weightman, Managing Member
3192 Main Road
Bedford, PA 15522

<u>Service via Electronic Notification</u>:

Allegheny-Apple Productions, LLC – c/o Lawrence W. Willis, Esquire – ecf@westernpabankruptcy.com.

EXECUTED ON:

|  |  |  |
|---|---|---|
| January 2, 2018 | By: | */s/ Kevin J. Petak*, |
|  |  | Kevin J. Petak, Esquire |
|  |  | Spence, Custer, Saylor, Wolfe & Rose, LLC |
|  |  | 1067 Menoher Boulevard |
|  |  | Johnstown, PA 15905 |
|  |  | Tel: 814.536.0735 |
|  |  | Fax; 814.539.1423 |
|  |  | Email: kpetak@spencecuster.com |
|  |  | PA I.D. # 92154 |