# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| **Debtor:** | ALLEGHENY-APPLE PRODUCTIONS, LLC |
| **Case Number:** | 17-70498-JAD    **Chapter:** 11 |

**Date / Time / Room:**   FRIDAY, JANUARY 12, 2018 10:00 AM   COURTROOM B

**Bankruptcy Judge:**   JEFFERY A. DELLER
**Courtroom Clerk:**   JEFF FURIS
**Reporter / ECR:**   N/A

## Matter:

Motion To Reconsider Dismissal of Case filed by Debtor
- Response Filed by James and Barbara Casteel on 1/2/18 at Doc. # 65
**R / M #:**  57 / 0

## Appearances:

OFFICE OF THE U.S. TRUSTEE:  HILDENBRAND /  WAHLQUIST
DEBTOR(S): Lawrence Willis, Esq.
CREDITOR: Kevin Petak, Esq.
UCC:

## Proceedings:

_____ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
      _____ For At Least _____ Days (Court To Issue Scheduling Order)
      _____ To Hearing Date Of _____ at _____ AM/PM at
      _____
      _____ To Conciliation Conference For _____ at
      _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
      _____ Evidentiary Hearing On Value And Cram-Down Interest
      _____ Complex / Pretrial Order -  NONJURY  /  JURY
      _____ Simple / Pretrial Order - NONJURY  /  JURY
      _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

- o/e 1/16/2018 denying motion

FILED
1/16/18 11:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge