IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 17-70498-JAD |
| | : | |
| Allegheny-Apple Productions, LLC, | : | Chapter 11 |
| | : | |
| Debtor | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Allegheny-Apple Productions, LLC, | : | |
| | : | |
| Movant | : | Doc. No. ____ |
| | : | Related to Doc. No. 57 |
| v. | : | |
| | : | Hearing Date & Time: |
| James R. Casteel and | : | January 12, 2018 at 10:00 A.M. |
| Barbara A. Casteel, | : | |
| | : | |
| Respondents | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER OF COURT**

NOW, this 12th day of January, 2018, upon consideration of the Response to the Motion to Reconsider Dismissal of Case, responses filed and hearing held, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The Motion to Reconsider Dismissal of Case filed by Allegheny-Apple Productions, LLC is denied.

BY THE COURT:

FILED
1/16/18 11:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Jeffery A. Deller, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-70498-JAD
Allegheny-Apple Productions, LLC                                      Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: amaz                Page 1 of 1           Date Rcvd: Jan 16, 2018
                              Form ID: pdf900           Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2018.
db         +Allegheny-Apple Productions, LLC,    3192 Main Road,    Bedford, PA 15522-3901
cr         +Barbara A. Casteel,    826 Barclay Drive,    Bedford, PA 15522-2013
cr         +Dep't of Revenue Office of Attorney General,     Anthony T. Kovalchick,    564 Forbes Avenue,
             Manor Building,    Pittsburgh, PA 15219-2908
cr         +James R Casteel,    826 Barclay Drive,    Bedford, PA 15522-2013
14652773   +Bedford County Tax Claims Bureau,    200 South Juliana Street,    Bedford, PA 15522-1713
14652775   +James & Barbara Casteel,    826 Barclay Drive,    Bedford, PA 15522-2013
14652776   +PA Department Of Revenue,    Bankruptcy Division,    PO Box 788,    Harrisburg, PA 17108-0788
14652777   +Penelec,    PO Box 3687,    Akron, OH 44309-3687
14652778   +William H Snyder Jr Esq,    239 South Richard St,    Bedford, PA 15522-1742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14652774        +E-mail/Text: cio.bncmail@irs.gov Jan 17 2018 01:34:17      Internal Revenue Service,
             Insolvency Unit,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2018 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue  Office of Attorney General
               akovalchick@attorneygeneral.gov
              James Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Kevin J. Petak    on behalf of Creditor James R Casteel kpetak@spencecuster.com,
               mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
              Kevin J. Petak    on behalf of Creditor Barbara A. Casteel kpetak@spencecuster.com,
               mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Lawrence W. Willis    on behalf of Debtor    Allegheny-Apple Productions, LLC
               ecf@westernpabankruptcy.com, urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Debtor Howard E Weightman ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Joint Debtor Lois E Weightman ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
                                                                                              TOTAL: 9